DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITIONS TO REHEAR

HOYLE v. ISENHOUR BRICK & TILE CO.

No. 82A82.

Case below: 306 N.C. 248.

Petition by defendants denied 25 August 1982.

IN RE MOORE

No. 5PA82.

Case below: 306 N.C. 394.

Petition by Lillie Ruth Moore denied 25 August 1982.